UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HSBC BANK USA et al. | Case No. C-12-02646-RMW |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING** |
| FRANK A. PODESTA, | |
| Defendant. | |
| | [Re Docket No. 3] |

The court adopts the report and recommendation of Magistrate Judge Lloyd. Dkt. No. 3. No objections were filed to the recommendation. Removal was not proper because there is no federal question. The underlying action is only based on state law claims; defenses and counterclaims asserted by the defendant under federal law are not sufficient. *See Vaden v. Discovery Bank*, 129 S. Ct. 1262, 1272 (2009). Therefore, the court remands the case to the Santa Cruz County Superior Court.

Dated: April 11, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER ADOPTING R&R AND REMANDING
CASE NO. C-12-02646-RMW
SW
- 1 -